**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 253 MAL 2018

              Respondent      :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court

          v.                  :

                            :

JORDAN BAYLE,              :

              Petitioner      :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.